UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STEPHANIE N. OWNBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-722-TAV-CCS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This Social Security appeal is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr. [Doc. 28]. The magistrate judge recommends that Court grant plaintiff's Application for Attorney Fees pursuant to the Equal Access to Justice Act [Doc. 24] to the extent that plaintiff be awarded $4,428.45 plus $18.93 for attorney fees and expenses. No party filed an objection to the report and recommendation, and the time for doing so has passed.

The Court has carefully reviewed this matter and is in agreement with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 28], and it is **ORDERED** that the Application for Attorney Fees Under the Equal Access to

Justice Act [Doc. 24] is **GRANTED in part**. Plaintiff is awarded $4,428.45 plus $18.93 for attorney fees and expenses.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
CHIEF UNITED STATES DISTRICT JUDGE